AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   2:26-mj-0092 JDP |
| | ) | |
| TREVON L. MCDANIEL | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**
**Jul 02, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 23, 2026 _____ in the county of _____ Sacramento _____ in the
_____ Eastern _____ District of _____ California _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(e) | Threats concerning an attempt to damage or destroy any building or property by means of fire or an explosive |

This criminal complaint is based on these facts:

(see attachment)

☒   Continued on the attached sheet.

/s/ Kyle Roberts
*Complainant's signature*

Kyle Roberts, FBI Task Force Officer
*Printed name and title*

Sworn to me and signed via telephone.

Date:   July 2, 2026

*Judge's signature*

City and state:   Sacramento, California

Jeremy D. Peterson, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, Kyle Roberts, having been duly sworn, state as follows:

### I.    AGENT BACKGROUND

1.    I make this affidavit in support of a criminal complaint for TREVON L. MCDANIEL.  Based on the facts set forth in this affidavit, there is probable cause to believe that, on or about June 23, 2026, MCDANIEL violated 18 U.S.C. § 844(e) – threats concerning an attempt to damage or destroy any building or property by means of fire or an explosive.

2.    I am a Detective/Task Force Officer with the Sacramento Police Department and have been since May 13, 2024.  I am currently assigned to the FBI Joint Terrorism Task Force. As a deputized federal agent, I am authorized to investigate violations of laws of the United States issued under the authority of the United States.  My investigative responsibilities include ideological violent crime.

3.    In July of 2014, I attended the Sacramento Police Academy and graduated in December of 2014.  This academy was certified by the California Commission on Peace Officer Standards and Training (POST).  During this approximately six (6) month long academy, I received basic instruction in all aspects of policing which included but was not limited to: investigation, interviewing, criminal law, arrest procedures, firearms, arrest control, and police tactics.

4.    Since December of 2014 to present, I have conducted, as well as participated in, no less than one hundred (100) preliminary criminal investigations, including but not limited to: homicide, rape, robbery, burglary, assault, fraud, larceny, traffic offenses, and various narcotic related offenses.  During these investigations, I conducted interviews with victims, witnesses, and suspects and have made numerous arrests as a result.

5.    In January of 2020, I attended an eighty (80) hour class titled, "ICI Basic Investigations", which was taught by ICI. During the class, I was taught how to conduct standard investigations from start to finish. I was also taught basic search warrant technique, interview and

interrogation, an introduction to the California Electronic Communication Privacy Act (ECPA) in relation to search warrants, as well as crime scene investigation.

6.      The facts and conclusions set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation; my review of documents and records related to this investigation; communications with others who have personal knowledge of the events, details, and circumstances described herein; and information gained through my training, experience, and communications with colleagues. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a criminal complaint, it does not set forth every fact that I or others have learned during this investigation. All dates and times listed on this affidavit are approximate.

## II.      LAW

7.      Under 18 U.S.C. § 844(e), it is unlawful to:

"[T]hrough the use of the mail, telephone, telegraph, or other instrument of interstate or foreign commerce, or in or affecting interstate or foreign commerce, willfully make[] any threat, or maliciously convey[] false information knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill injure, or intimidate any individual or unlawfully to damage or destroy any building, vehicle, or other real or personal property by means of fire or an explosive . . . ."

## III.      PROBABLE CAUSE

8.      The FBI is investigating a plot to carry out attacks against federal property and officials, including an attack at an Ultimate Fighting Championship ("UFC") event that took place on Sunday, June 14, 2026 ("UFC Freedom 250") on the South Lawn of the White House in Washington, DC, as well as additional attacks centered around the July Fourth holiday.  While MCDANIEL, the TARGET SUBJECT, was not a participant in the conspirators' Signal chat group, he was in direct communication with one of the principal co-conspirators, Abraham Hermosillo Alvarez ("ALVAREZ").  MCDANIEL discussed plans with ALVAREZ and posted at

least one video to TikTok about conducting an attack centered around the July Fourth holiday involving the use of fireworks against federal buildings and property.

9.      Law enforcement identified ALVAREZ as a co-conspirator in the UFC attack conspiracy.  On June 14, 2026, the FBI conducted a search warrant on ALVAREZ's residence in Nebraska. ALVAREZ was detained and interviewed at the time of the search. As part of the search, the data from ALVAREZ's cellular telephone was downloaded and reviewed by investigators.

10.      ALVAREZ's phone contained direct messages on the TiKTok messaging application between ALVAREZ and the TikTok account "the_wild_wolfspider" from, on or about April 17, 2026 to June 7, 2026. The user of "the_wild_wolfspider" TikTok was subsequently identified as MCDANIEL, as explained below.

11.      Within the messaging thread between ALVAREZ and MCDANIEL, I observed that both ALVAREZ and MCDANIEL shared videos between some of the text content. Due to the limitation of the downloaded data, the videos appeared to be unavailable to view. Due to the missing video content, some of the messages were missing the full context.

12.      On April 18, 2026, ALVAREZ messaged MCDANIEL the following:

- ALVAREZ: "Once the clock hits it will be total surveillance."

- ALVAREZ: "We need to gather as many hero's before the 22."

- ALVAREZ: "I'm sure you know this bird is cooked. Time to set sail."

- ALVAREZ: "Good we need all the help we can get get. Tis the age of hero's."

13.      Between May 4, 2026 and May 5, 2026, ALVAREZ and MCDANIEL had the following conversation:

- ALVAREZ: "July is the month."

- MCDANIEL: "Fourth of July"

- MCDANIEL: "Use subliminal messaging so people understand what you mean, but basically fireworks it's a good distraction and good use for ice and cops."

- MCDANIEL: "If you understand what I mean, give me a thumbs up."

- MCDANIEL: "Copy that captain."

I believe these conversations to be significant because, although MCDANIEL was not a member of the conspirators' Signal chat group, the rhetoric and content of these communications are similar in nature to some of the plans discussed on the Signal chat group, specifically including discussions using fireworks or explosives as a distraction for law enforcement.

**A. Threat made on TikTok by the "the_wild_wolfspider" account**

14.   On June 25, 2026, I conducted open source research on TikTok for account, "the_wild_wolfspider" (UID:7408882637893239854), and located a video that was posted on June 23, 2026, where the account displayed an individual (MCDANIEL) wearing black Spider-Man like mask with red eyes, a dark multi-toned vest with a fluffy light brown hood-trim and x-men style patch on the right breast, a black long sleeve shirt with a red spider on the chest, and camouflage patterned pants.



15.   In this video, MCDANIEL made statements about conducting an attack against federal buildings in Sacramento.  MCDANIEL stated that he was "just plotting, planning, and scheming." MCDANIEL mentioned that "the 4th of July is coming," "Make sure to hold onto your fireworks," and "We might need to make some noise this year." MCDANIEL then ends the video by saying, "I'm not really plotting or planning or telling anybody to do anything… I'm just saying, for everyone in Sacramento, we know you love your fireworks. It'd be a shame if fireworks were going off near generators, so certain federal buildings were losing their power… Hmm…  Tick Tock Sacramento, Tick Tock."

**B.  Identification of MCDANIEL as the TikTok user "the_wild_wolfspider"**

16.   Customs records revealed that MCDANIEL is connected with multiple imported items connected with superhero/supervillain costumes and/or imported under the name "Wolf Spider" or "Spider Wolf."

a)  On June 29, 2026, HSI Special Agent (SA) Francisco Fajardo conducted import queries via Department of Homeland Security (DHS) law enforcement database queries. SA Fajardo utilized the data points "Wolf Spider" and "Spider Wolf" when he conducted the import history query. The import query identified 15 import records for the address: 1839 Sandpiper Lane, Apt. 160, McKinleyville, CA 95519 (1839 Sandpiper Lane).

b)  SA Fajardo identified an import shipment that arrived at the U.S. on January 5, 2025, that was destined for Trevon McDaniel at the 1839 Sandpiper Lane address. The shipment was manifested as "TOY MASK PLASTIC." SA Fajardo identified another shipment that arrived at the U.S. on December 24, 2024, that was destined for WOLF SPIDER at the same 1839 Sandpiper Lane address. The shipment was manifested as "PAPER ALBUM FOR COLLECTIONS."

c)  SA Fajardo conducted an import query using the "TREVON MCDANIEL" data point. The import query identified 27 import records for TREVON MCDANIEL.

The query revealed 13 import records for the 1839 Sandpiper Lane address and 14 import records for the 9835 Emerald Park Dr., Elk Grove, CA 95624 (9835 Emerald Park Dr.). The imports that went to 9835 Emerald Park Dr. contained shipments such as cloth patches, accessories, men's and women's cartoon masks, and mask fabric.

d) SA Fajardo conducted an import query for 9835 Emerald Park Dr. and identified 51 import records. One import record was identified as arriving into the U.S on March 31, 2025, that was destined to be sent to "TRE MCDANIEL" at the 9835 Emerald Park Dr. The shipment was manifested as "HALLOWEEN USE ELASTANESPANDEX SPIDE."

17. On July 1, 2026, law enforcement conducted a ruse at the TARGET PREMISES. MCDANIEL answered the door. MCDANIEL also confirmed he had previously lived at the 1839 Sandpiper Lane address, but had moved to the TARGET PREMISES about three years ago.

## C. The FBI searches MCDANIEL's person, residence, and vehicle

18. The FBI executed a search warrant on MCDANIEL's person, residence, and vehicle on July 1, 2026. A search of MCDANIEL's home resulted in the seizure of his electronic devices, and a costume/mask that was consistent with the one he wore in the above video. The costume and mask were found in a duffle bag that was located in MCDANIEL's bedroom.

19. During an interview, MCDANIEL denied being the subject operating "the_wild_wolfspider" TikTok account. However, MCDANIEL's wife stated that MCDANIEL was the subject operating the TikTok account, and that he had been wearing the costume and calling himself the "wolfspider" for the last six months. The FBI arrested MCDANIEL that day.

### IV.    <u>CONCLUSION</u>

20.    For all the reasons described above, there is probable cause to believe that MCDANIEL violated 18 U.S.C. § 844(e) – threats concerning an attempt or alleged attempt to damage or destroy any building or property by means of fire or an explosive.

Respectfully submitted,

/s/ Kyle Roberts

Kyle Roberts
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to telephonically before me on July ___2___, 2026

HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

/s/ Elliot C. Wong

Approved as to form by AUSA ELLIOT WONG