UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

> **FILED**
>
> July 06, 2026
>
> CLERK, US DISTRICT COURT
> EASTERN DISTRICT OF
> CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TREVON L. MCDANIEL,

        Defendant.

Case No.  2:26-mj-00092-JDP

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  TREVON L. MCDANIEL,

Case No.  2:26-mj-00092-JDP, Charge 18 U.S.C. § 844(e), from custody for the

following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $ 25,000.00. _____

      __X__ Unsecured Appearance Bond $ 25,000.00. _____

      _____ Appearance Bond with 10% Deposit

      _____ Appearance Bond with Surety

      _____ Corporate Surety Bail Bond

      _____ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

__X__ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on July 06, 2026 at 2:18 p.m.

By: _____

Magistrate Judge Jeremy D. Peterson