## <u>SPECIAL CONDITIONS OF RELEASE</u>

Re: McDaniel, Trevon L.
No.: 2:26-MJ-00092-JDP-1
Date: July 6, 2026

1.  You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2.  You must report in person to the Pretrial Services Agency on the first working day following your release from custody;

3.  You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4.  You must cooperate in the collection of a DNA sample;

5.  You must restrict your travel to the **Eastern District of California**, unless otherwise approved in advance by the pretrial services officer;

6.  You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7.  You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8.  You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9.  You must refrain from **excessive** use of alcohol;

10. You must not use or possess **any** narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

11. You must submit to drug and/or alcohol testing. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer. You must not tamper, obstruct, or attempt to tamper or obstruct the efficiency and accuracy of the drug screening/testing;

12. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer; and,

13. You must report any contact with law enforcement to your pretrial services officer within 24 hours.